Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 103 (AKH)

LABOMIR KMEC (AND WIFE, VIERA
KMEC),

                         Plaintiff(s),

    -against-

90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*,

                        Defendant(s).
-------------------------------------------------------X

Index No.:  08-CV-2278

**NOTICE OF ADOPTION OF ANSWER
TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a

GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for

its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer

to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade*

*Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL

RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
　　　　 June 18, 2008

　　　　　　　　　　　　　　　　 Yours etc.,

　　　　　　　　　　　　　　　　 McGIVNEY & KLUGER, P.C.
　　　　　　　　　　　　　　　　 Attorneys for Defendant
　　　　　　　　　　　　　　　　 GENERAL REINSURANCE CORP. i/s/h/a
　　　　　　　　　　　　　　　　 GENERAL RE SERVICES CORP.

　　　　　　　　　　　　　　　　 By:
　　　　　　　　　　　　　　　　　　 Richard E. Leff (RL-2123)
　　　　　　　　　　　　　　　　　　 80 Broad Street, 23rd Floor
　　　　　　　　　　　　　　　　　　 New York, New York 10004
　　　　　　　　　　　　　　　　　　 (212) 509-3456

TO:　　 WORBY GRONER & NAPOLI BERN, LLP
　　　　 Plaintiffs Liaison
　　　　 In Re Lower Manhattan Disaster Site
　　　　 Litigation
　　　　 115 Broadway, 12th Floor
　　　　 New York, New York 10006
　　　　 (212) 267-3700

　　　　 All Defense Counsel